**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane, & Partners, PLLC**

130 Clinton Road, Lobby B, Suite 202

Fairfield, NJ 07044

Telephone No.: 973-575-0707 (local)

Attorneys for Secured Creditor

Cory F. Woerner, Esquire (296702019)

Order Filed on May 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | | |
|---|---|---|
| Karen M. Prokapus, | Case Number: | 26-10414 |
| | Chapter: | 13 |
| Debtor. | Hearing Date: | May 27, 2026 |
| | Honorable | Michael B. Kaplan |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

The relief set forth on the following page numbered two (2), is hereby **ORDERED.**

**DATED: May 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In re: Prokapus, Karen M. \\ 26-10414-MBK
Order Vacating Stay and Co-Debtor Stay

Upon the motion of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) and 11 U.S.C. § 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

Real property more fully described as:

32 High Point Drive, Medford Twp, New Jersey 08055

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 (c) is vacated.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

21-108055
Order Vacating Stay w. co-debtor